COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

| | |
|---|---|
| Cause Number: | 01-20-00215-CV |
| Trial Court Cause Number: | 16CV0880 |
| Style: | Rema Charles |
| | v. Dickinson Independent School District, A.C. Kantara, and Taylor Marine Construction of Texas, LLC |
| Date motion filed*: | July 1, 2020 |
| Type of motion: | Motion to Amend Appellee's Brief |
| Party filing motion: | Appellee Dickinson Independent School District |
| Document to be filed: | Amended Appellee's Brief |

Is appeal accelerated? ☐ YES  ☒ NO

Ordered that motion is:

    ☒ Granted

        If document is to be filed, document due:

        ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

    ☐ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐ Other: _____

Appellee Dickinson Independent School District (DISD) filed its appellate brief on June 29, 2020. On July 1, 2020, it moved to file an amended brief containing non-substantive changes. DISD contemporaneously filed its amended brief. Appellant Rema Charles filed an objection. DISD's motion to file an amended brief is **granted**, and its amended brief is deemed filed on July 1, 2020. Charles's objection is **overruled**. Charles's reply brief is due **August 31, 2020**.

Judge's signature: /s/ Evelyn V. Keyes
        ☒ Acting individually    ☐ Acting for the Court

Date: August 18, 2020